In the Matter of the Petition of JAMES S. BEARNS and
FERDINAND W. KELLER, Respondents, to Render and
Settle Their Account as Trustees of the Estate of JOSEPH
H. BEARNS, Deceased.

LILLIA M. BEARNS, Appellant.

Second Department, June 6, 1919.

**Trusts — trustees — commissions — right to one-half commission
on real estate before termination of trust.**

Trustees in the judicial settlement of their accounts before the trust is
terminated, are entitled to half commissions on the value of real
property received by them prior to the amendment of section 2753 of the
Code of Civil Procedure by chapter 596 of the Laws of 1916.

APPEAL by Lillia M. Bearns from a decree of the Surrogate's Court of the county of Kings, entered in the office of
said Surrogate's Court on or about the 20th day of January,
1919, settling their accounts herein and granting to the trustees
certain commissions consisting, among other items, of one-half commissions upon the realty constituting part of the
corpus of the trust estate and of full commissions upon the
income from said realty.

*Arthur W. Dennen*, for the appellant.

*James A. Davis* [*Rudolph F. Rabe* with him on the brief], for
the respondents.

PER CURIAM:

The question raised on this appeal is whether the trustees,
upon the judicial settlement of their accounts before the
trust is terminated, are entitled to half commissions upon
the value of real property received by them prior to the
amendment of section 2753 of the Code of Civil Procedure
in 1916 (Laws of 1916, chap. 596). The surrogate decided
that this question is governed by his opinion in *Matter of
Potter* (106 Misc. Rep. 113). We adopt the reasoning of the
surrogate in that case and affirm the decree.

The decree of the Surrogate's Court of Kings county

should be affirmed, with costs to the respondents payable out of the estate.

JENKS, P. J., MILLS, RICH, BLACKMAR and KELLY, JJ., concurred.

Decree of the Surrogate's Court of Kings county affirmed, with costs to the respondents payable out of the estate.